UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune,NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

In Re:

MICHAEL PETER SCILLITANI

Order Filed on December 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 17-27433 |
| Chapter: | 13 |
| Judge: | KCF |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 21, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___September 13, 2017___ :

Property:      99 Station Road, Bayville, NJ  08721

Creditor:      First Horizon Home Loans

and a Request for

    ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Attorney for Debtor_____,
        and for good cause shown

    ❏ Early Termination of the Loss Mitigation Period having been filed by _____,
        and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____March 13, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27433-KCF
Michael Peter Scillitani                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Dec 21, 2017
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Michael Peter Scillitani,    99 Station Road,   Bayville, NJ 08721-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Brian C. Nicholas   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Charles G. Wohlrab   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           cwohlrab@logs.com,  njbankruptcynotifications@logs.com
          Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
           r59915@notify.bestcase.com
                                                                    TOTAL: 7