UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Attorneys for Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing
agent for The Bank of New York Mellon f/k/a The Bank of New York as
Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
By: Jeanette F. Frankenberg, Esq.
By: Ashley L. Rose, Esq.

| In Re: | Case No.: | 17-27433-KCF |
|---|---|---|
| Michael Peter Scillitani | Judge: | Kathryn C. Ferguson |
| | Chapter: | 13 |

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____ Attorney for Secured Creditor _____ in this matter. On

_ December 21, 2017 _, a Loss Mitigation Order was entered concerning:

Property: 99 Station Road, Berkley Twp, New Jersey 08721

Creditor: The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on _ March 13, 2018 _.

For the reason(s) set forth below, the _____ Secured Creditor _____ hereby requests:

☐ An extension of the Loss Mitigation Period to _____ .

☑ Early termination of the Loss Mitigation Period, effective _____ Immediately _____ .

Set forth the applicant's reason(s) for the above request:

Debtor applied to participate in the Court's Loss Mitigation program 09/12/2017.
An order allowing debtor to participate in the Loss Mitigation program was entered on the docket 09/13/2017.
On 12/12/2017 the debtor filed an application requesting an extension to the Loss Mitigation order.
An order extending the Loss Mitigation was entered on 12/21/2017.
To date the debtor has failed to open the DMM portal and submit a complete Loss Mitigation package required to begin the review process.

Dated: _ February 2, 2018 _         /s/ Jeanette F. Frankenberg, Esq.
                                     Applicant's signature

*Revised  9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Attorneys for Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing
agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for
First Horizon Alternative Mortgage Securities Trust 2006-AA3
By: Jeanette F. Frankenberg, Esq.
By: Ashley L. Rose, Esq.

In Re:

  Michael Peter Scillitani

| | |
|---|---|
| Case No.: | 17-27433-KCF |
| Chapter: | 13 |
| Judge: | Kathryn C. Ferguson |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___December 21, 2017___ :

Property:      99 Station Road, Berkley Twp, New Jersey 08721

Creditor:      The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3

and a Request for

☐    Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

☑    Early Termination of the Loss Mitigation Period having been filed by ___Nationstar Mortgage LLC___, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____Immediately_____ .

*Revised 9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Attorneys for Creditor, Nationstar Mortgage LLC d/b/a
Mr. Cooper as servicing agent for The Bank of New York
Mellon f/k/a The Bank of New York as Trustee for First
Horizon Alternative Mortgage Securities Trust 2006-AA3
By: Jeanette F. Frankenberg, Esq.
By: Ashley L. Rose, Esq.

In Re:

Michael Peter Scillitani

Case No.: _____17-27433-KCF_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: _____Kathryn C. Ferguson_____

## CERTIFICATION OF SERVICE

1.  I, _____Alicia Moore_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _Stern, Lavinthal & Frankenberg, LLC_, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2.  On _____February 2, 2018_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

   Application to Terminate Loss Mitigation

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____February 2, 2018_____          /s/ Alicia Moore _____
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Michael Peter Scillitani<br>99 Station Road<br>Bayville, NJ 08721 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William H. Oliver, Jr.<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Debtor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2