UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

Michael Scillitani

                  Debtors

Case No.: 17-27433

Adv. No:

Hearing Date:

Chapter: 13

Judge: Kathryn C. Ferguson

## CERTIFICATION IN OPPOSITION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

      I, Michael Scillitani, the Debtor in the above-captioned matter, by way of Certification in Opposition to the Application for early termination of loss mitigation period, do hereby certify and say:

1. I have received the loss mitigation package and am in the process of completing and providing same to my attorney.
2. I ask that the loss mitigation period be extended and not terminated as I am complying with all the requirements of Nationstar Mortgage.

      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 5, 2018                                         /s/ Michael Scillitani
                                                                     MICHAEL SCILLITANI