UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC

**Order Filed on February 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Michael Peter Scillitani,

Debtor.

Case No.: 17-27433 KCF

Adv. No.:

Hearing Date: 12/13/2017 @ 9:00 a.m..

Judge: Kathyrn C. Ferguson

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 5, 2018**

*Honorable Kathryn C. Ferguson
United States Bankruptcy Judge*

**(Page 2)**
Debtor: Michael Peter Scillitani
Case No: 17-27433 KCF
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Nationstar Mortgage, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 99 Station Road, Berkeley, NJ 08721, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 17, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2017 through January 2018 for a total post-petition default of $6,146.32 (2 @ $3,936.58 less suspense balance of $1,726.84); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor will resume regular adequate protection payments of $3,200.00 in accordance with the loss mitigation order on February 1, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that if loss mitigation negotiations are unsuccessful, Debtor is responsible for the difference between the adequate protection payment of $3,200.00 & the regular monthly payment of $3,936.58 (or as adjusted under any notice of payment change), for all months since the filing of the petition.

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor does not waive its rights to any pre- or post-petition arrears; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-27433-KCF
Michael Peter Scillitani                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin         Page 1 of 1           Date Rcvd: Feb 05, 2018
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db             +Michael Peter Scillitani,   99 Station Road,    Bayville, NJ 08721-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First
               Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 8