Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−27433−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Peter Scillitani
   99 Station Road
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−5287

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on March 13, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 49 − 47
Order Granting Application for Extension of Loss Mitigation (Related Doc # 47). Loss Mitigation Period Extended to: 6/13/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/13/2018. (slf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 13, 2018
JAN: slf

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Michael Peter Scillitani
    Debtor

Case No. 17-27433-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 13, 2018
                Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.
lm         First Horizon Home Loans,    40000 Horizon Way,    Irving, TX   75063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Brian C. Nicholas     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
            bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Charles G. Wohlrab     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
            cwohlrab@logs.com,    njbankruptcynotifications@logs.com
           Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
            servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First
            Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
           Kevin Gordon McDonald     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
            kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
           Kevin M. Buttery     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
            as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bkyefile@rasflaw.com
           Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
            rsolarz@kmllawgroup.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.     on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
            R59915@notify.bestcase.com
                                                                                                           TOTAL: 9