UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune, NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

**Order Filed on March 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL PETER SCILLITANI

Case No.:    17-27433

Chapter:    13

Judge:    KCF

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __December 21, 2017__ :

Property:    99 Station Road, Bayville, NJ  08721

Creditor:    First Horizon Home Loans

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __Attorney for Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __June 13, 2018__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Peter Scillitani  
      Debtor

Case No. 17-27433-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 13, 2018  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.  
db           +Michael Peter Scillitani,    99 Station Road,     Bayville, NJ 08721-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:
       Albert Russo    docs@russotrustee.com  
       Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
       Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com  
       Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
       Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bkyefile@rasflaw.com  
       Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.    on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                                                    TOTAL: 9