UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

| | |
|---|---|
| In Re:<br><br>Michael Scillitani<br><br>          Debtors | Case No.: 17-27433<br><br>Adv. No:<br><br>Hearing Date:<br><br>Chapter: 13<br><br>Judge: Kathryn C. Ferguson |

# CERTIFICATION IN OPPOSITION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Michael Scillitani, the Debtor in the above-captioned matter, by way of Certification in Opposition to the Application for early termination of loss mitigation period, do hereby certify and say:

1. Nationstar Mortgage already has an application to terminate the loss mitigation period. A hearing is currently scheduled for March 28, 2018.

2. I ask that the Court deny this application as it is a duplicate filing.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 19, 2018                    /s/ Michael Scillitani
                                          MICHAEL SCILLITANI