Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                           Case No.: 17−27433−KCF
                                           Chapter: 13
                                           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Peter Scillitani
   99 Station Road
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−5287

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/11/18 at 09:00 AM

to consider and act upon the following:

*52* − Application for Early Termination of Loss Mitigation Period. Filed by Jeanette F. Frankenberg on behalf of Nationstar Mortgage LLC. Objection deadline is 3/19/2018. (Attachments: # 1 Order # 2 Certificate of Service) (Frankenberg, Jeanette)

Dated: 3/19/18

                                                                    Jeanne Naughton
                                                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Michael Peter Scillitani
    Debtor

Case No. 17-27433-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 19, 2018
                     Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db          +Michael Peter Scillitani,   99 Station Road,   Bayville, NJ 08721-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
            bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
           Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
            cwohlrab@logs.com,  njbankruptcynotifications@logs.com
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
            servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First
            Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
           Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
            kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
           Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
            as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bkyefile@rasflaw.com
           Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
            York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
            rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.    on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
            R59915@notify.bestcase.com
                                                                                 TOTAL: 10