Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27433−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Peter Scillitani
  99 Station Road
  Bayville, NJ 08721

Social Security No.:
  xxx−xx−5287

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/25/18 at 09:00 AM

to consider and act upon the following:

**56** − Notice of Request for Loss Mitigation re:First Horizon Home Loans, filed by William H. Oliver, Jr. on behalf of Michael Peter Scillitani. Objection deadline is 04/11/2018. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Oliver, Jr., William)

Dated: 4/5/18

　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court