| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Jeanette F. Frankenberg, Esq.<br>Ashley L. Rose, Esq.<br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Creditor<br>**Nationstar Mortgage LLC dba<br>Mr. Cooper as servicer for<br>THE BANK OF NEW YORK MELLON<br>f/k/a THE BANK OF NEW YORK<br>as Trustee for FIRST HORIZON<br>ALTERNATIVE MORTGAGE<br>SECURITIES TRUST 2006-AA3** |
| In Re:<br><br>**Michael Peter Scillitani**<br><br>Debtor |

Order Filed on May 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Judge: Kathryn C. Ferguson
Chapter 13
Hearing:
Case No.: 17-27433-KCF

## CONSENT ORDER RESOLVING APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

DATED: May 11, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:     **Michael Peter Scillitani**
Case No:    17-27433-KCF
Caption:    Consent Order Resolving Application for Early Termination of Loss Mitigation

---

THIS MATTER having been brought before the Court by Nationstar Mortgage LLC dba Mr. Cooper, ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, upon the filing of an Application for Early Termination of Loss Mitigation, and William H. Oliver, Esq., attorney for the Debtor, Michael Peter Scillitani ("Debtor"), having filed an Objection to the Application, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The Trustee is authorized to pay the secured arrearage claim of Secured Creditor Debtor's loan modification shall be approved no later than <u>May 30, 2018</u>.

2. If the loan modification is granted, Debtor shall file a Modified Plan, together with amended Schedule "J" reflecting Debtor's post loan modification budget, within thirty (30) days of approval of final loan modification.

3. If no loan modification is approved by <u>May 30, 2018</u> (or other date as extended by court order), Secured Creditor will promptly notify the Trustee, with copy to Debtor's attorney, and within thirty (30) days of such notification, the Debtor shall file one of the following:
    a. A Modified Plan to cure the arrearage claim and any subsequent arrears to Secured Creditor; or a
    b. Modified Plan to surrender the property subject to said claim; or a
    c. Notice to Convert to Chapter 7;
    d. Notice to Dismiss the Case; or
    e. Proceed as Debtor's attorney advises.

4. Debtor acknowledges that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage. Furthermore, in accordance with the Loss Mitigation program, post-petition payments / trial period payments (if applicable) shall continue to be tendered outside the plan while the loan modification process is pending.

_____         /s/ *Jeanette F. Frankenberg*
William H. Oliver, Esq.                      Jeanette F. Frankenberg, Esq.
Attorney for the Debtor                      Attorney for Secured Creditor

17-14735-RG