| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jeanette F. Frankenberg, Esq.<br>Ashley L. Rose, Esq.<br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Creditor<br>**Nationstar Mortgage LLC dba**<br>**Mr. Cooper as servicer for**<br>**THE BANK OF NEW YORK MELLON**<br>**f/k/a THE BANK OF NEW YORK**<br>**as Trustee for FIRST HORIZON**<br>**ALTERNATIVE MORTGAGE**<br>**SECURITIES TRUST 2006-AA3** | Order Filed on May 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Michael Peter Scillitani**<br><br>Debtor | Judge: Kathryn C. Ferguson<br>Chapter 13<br>Hearing:<br>Case No.: 17-27433-KCF |

### CONSENT ORDER RESOLVING APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

DATED: May 11, 2018

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: **Michael Peter Scillitani**
Case No: 17-27433-KCF
Caption: Consent Order Resolving Application for Early Termination of Loss Mitigation

THIS MATTER having been brought before the Court by Nationstar Mortgage LLC dba Mr. Cooper, ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, upon the filing of an Application for Early Termination of Loss Mitigation, and William H. Oliver, Esq., attorney for the Debtor, Michael Peter Scillitani ("Debtor"), having filed an Objection to the Application, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The Trustee is authorized to pay the secured arrearage claim of Secured Creditor Debtor's loan modification shall be approved no later than May 30, 2018.

2. If the loan modification is granted, Debtor shall file a Modified Plan, together with amended Schedule "J" reflecting Debtor's post loan modification budget, within thirty (30) days of approval of final loan modification.

3. If no loan modification is approved by May 30, 2018 (or other date as extended by court order), Secured Creditor will promptly notify the Trustee, with copy to Debtor's attorney, and within thirty (30) days of such notification, the Debtor shall file one of the following:
    a. A Modified Plan to cure the arrearage claim and any subsequent arrears to Secured Creditor; or a
    b. Modified Plan to surrender the property subject to said claim; or a
    c. Notice to Convert to Chapter 7;
    d. Notice to Dismiss the Case; or
    e. Proceed as Debtor's attorney advises.

4. Debtor acknowledges that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage. Furthermore, in accordance with the Loss Mitigation program, post-petition payments / trial period payments (if applicable) shall continue to be tendered outside the plan while the loan modification process is pending.

_____
William H. Oliver, Esq.
Attorney for the Debtor

/s/ *Jeanette F. Frankenberg*
Jeanette F. Frankenberg, Esq.
Attorney for Secured Creditor

17-14735-RG

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-27433-KCF
Michael Peter Scillitani                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1              Date Rcvd: May 14, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             +Michael Peter Scillitani,   99 Station Road,   Bayville, NJ 08721-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First
               Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bkyefile@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 10