Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−27433−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Peter Scillitani
   99 Station Road
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−5287

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/11/18 at 09:00 AM

to consider and act upon the following:

*74* − Application for Extension of Loss Mitigation Period. Filed by William H. Oliver, Jr. on behalf of Michael Peter Scillitani. Objection deadline is 6/15/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Oliver, Jr., William)


Dated: 6/15/18

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court