Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27433−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Peter Scillitani
   99 Station Road
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−5287

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/11/18 at 09:00 AM

to consider and act upon the following:

*74* – Application for Extension of Loss Mitigation Period. Filed by William H. Oliver, Jr. on behalf of Michael Peter Scillitani. Objection deadline is 6/15/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Oliver, Jr., William)

Dated: 6/15/18

                          Jeanne Naughton
                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Peter Scillitani  
     Debtor

Case No. 17-27433-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 15, 2018  
                       Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
```
db             +Michael Peter Scillitani,    99 Station Road,    Bayville, NJ 08721-2120
lm              First Horizon Home Loans,    40000 Horizon Way,    Irving, TX 75063
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First
               Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bkyefile@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 10
```