Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–27433–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael Peter Scillitani
99 Station Road
Bayville, NJ 08721

Social Security No.:
xxx–xx–5287

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/24/18 at 09:00 AM

to consider and act upon the following:

*79* – Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: re: 99 Station Road, Bayville, NJ, 08721. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006–AA3, 40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006–AA3. Objection deadline is 10/10/2018. (Attachments: # 1 Affidavit # 2 Exhibit "A" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/9/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court