UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on November 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL PETER SCILLITANI,

Debtor

| | |
|---|---|
| Case No.: | 17-27433 |
| Chapter: | 13 |
| Hearing Date: | n/a |
| Judge: | Kathryn C. Ferguson |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____2_____ is
hereby **ORDERED**.

**DATED: November 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____500_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____500_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❑    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____543_____ per month for ____45____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-27433-KCF
Michael Peter Scillitani                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1             Date Rcvd: Nov 14, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db              +Michael Peter Scillitani,    99 Station Road,    Bayville, NJ 08721-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Brian C. Nicholas   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Charles G. Wohlrab   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           cwohlrab@logs.com,  njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
           as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First
           Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
          Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
          Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Kevin M. Buttery   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York
           as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bkyefile@rasflaw.com
          Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           rsolarz@kmllawgroup.com
          Sindi Mncina   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York as
           Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                              TOTAL: 12