UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No:  17-27433 KCF

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
THE BANK OF NEW YORK MELLON f/k/a THE
BANK OF NEW YORK as Trustee for FIRST HORIZON
ALTERNATIVE MORTGAGE SECURITIES TRUST
2006-AA3

Chapter:  13

Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Hearing Date:

Judge:  KATHRYN C. FERGUSON

In re:
Michael Peter Scillitani

                    Debtor

Recommended Local Form:      ☐ Followed      ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 15, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of  THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW

YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-

AA3, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 25, Block 956,       99 Station Road,
Berkeley NJ 08721**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-27433-KCF
Michael Peter Scillitani                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Nov 15, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
db              +Michael Peter Scillitani,    99 Station Road,    Bayville, NJ 08721-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
          York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
          bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
          York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
          cwohlrab@logs.com,  njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
          as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
          servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First
          Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
          York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
          kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
          as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bkyefile@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
          York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
          rsolarz@kmllawgroup.com
          Sindi Mncina    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as
          Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                              TOTAL: 12