Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–27433–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Peter Scillitani
    99 Station Road
    Bayville, NJ 08721

Social Security No.:
    xxx–xx–5287

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 14, 2019
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-27433-KCF
Michael Peter Scillitani                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jan 14, 2019
                             Form ID: 148              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
```
db            +Michael Peter Scillitani,   99 Station Road,   Bayville, NJ 08721-2120
lm             First Horizon Home Loans,   40000 Horizon Way,   Irving, TX 75063
cr            +Nationstar Mortgage LLC,   Stern, Lavinthal & Frankenberg,   105 Eisenhower Parkway,
               Suite 302,   Roseland, NJ 07068-1640
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,   Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
517086147     +Aspire Federal Credit Union,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
517033793      Atlantic Credit and Finance, Inc.,   c/o Keith B. Morgan, Esq.,   Morgan, Bornstein, & Morgan,
               1236 Brace Road, Suite K,   Haddonfield, NJ 08033
517033795     +Bank of America,   c/o Zquicker & Associates, PC,   80 Minuteman Road,   Andover, MA 01810-1008
517213264     +Evelyn C. Morgan,   519 Trenton Ave., So.,   Bayville, NJ 08721-3440
517064499     +Evelyn Morgan,   c/o Charles M. Byrnes, Esq.,   44 E Water Street,   Toms River, NJ 08753-7661
517033796     +FAA Eastern Region Federal Credit Union,   c/o Peter J. Liska LLC,   766 Shrewsbury Ave,
               Eatontown, NJ 07724-3001
517033798    ++FIRST HORIZON HOME LOANS,   6363 N STATE HWY 161,   SUITE 300,   IRVING TX 75038-2231
               (address filed with court: First Horizon Home Loans,   4000 Horizon Way,   Irving, TX 75063)
517102442     +Ira J Metrick, Esquire,   57 W Main Street,   Freehold, NJ 07728-2155
517064500     +KML Law Group,   Sentry Office Plaza,   216 Haddon Avenue, Suite 406,
               Collingswood, NJ 08108-2812
517033800     +Nationstar,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
517064596     +Nationstar Mortgage LLC,   Jenelle C. Arnold,   4375 Jutland Dr., Ste. 200, POB 17933,
               San Diego, CA 92177-7921
517033801     +State of New Jersey,   Division of Taxation,   PO Box 245,   Trenton, NJ 08602-0245
517162056     +THE BANK OF NEW YORK MELLON,   co Nationstar Mtg. LLC d/b/a Mr. Cooper,
               Attn: Bankruptcy Dept.,   PO Box 619096,   Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517033794     +EDI: MID8.COM Jan 15 2019 04:48:00    Bank of America,   c/o Midland Credit Management, Inc.,
               P Obox 60578,   Los Angeles, CA 90060-0578
517033797     +EDI: BANKAMER.COM Jan 15 2019 04:48:00    Fia Card Services, N.A.,   1000 Samoset Drive,
               DE5-023-03-03,   Newark, DE 19713-6000
517033799      EDI: IRS.COM Jan 15 2019 04:48:00    Internal Service Revenue,   PO Box 7346,
               Philadelphia, PA 19101-7346
                                                                             TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517033802    ##+Zucker, Goldberg & Ackerman,   200 Sheffield Ave., Ste 301,   PO Box 1024,
               Mountainside, NJ 07092-0024
                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin                   Page 2 of 2              Date Rcvd: Jan 14, 2019
                             Form ID: 148                   Total Noticed: 22

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:

          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           cwohlrab@logs.com,  njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First
           Horizon Alternative Mortgage Securities Trust 2006-AA3 cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 bkyefile@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3
           rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as
           Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA3 smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Michael Peter Scillitani bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                         TOTAL: 13